IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 17 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR 22-328 PRW |
| ) | |
| JARED MICHAEL HARRISON, ) | Violations: 18 U.S.C. § 922(g)(3) |
| ) | 18 U.S.C. § 924(d) |
| Defendant. ) | 28 U.S.C. § 2461(c) |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
(Possession of a Firearm by a Prohibited Person)

On or about May 20, 2022, in the Western District of Oklahoma,

------------------------------ **JARED MICHAEL HARRISON,** ------------------------------

with knowledge that he was an unlawful user of marijuana, a controlled substance as defined in Title 21, United States Code, Section 802, knowingly possessed a firearm, to wit: a Rossi, model M68, .38 caliber revolver, bearing serial number AA474050, which was in or affecting interstate commerce in that said firearm had crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(3), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegation contained in this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **JARED MICHAEL HARRISON** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Rossi, model M68, .38 caliber revolver, bearing serial number AA474050; and
2. any and all ammunition and magazines not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

STEPHANIE POWERS
Special Assistant United States Attorney